# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Randy Brown

**v.**

Whole Foods Market Group, Inc.

**Case No:** 13-7156

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Whole Foods Market Group, Inc.

Names of Parties                                        Names of Parties

### Counsel Information

**Lead Counsel:** Margaret S. Lopez (already attorney of record)

Direct Phone: (202) 263-0244   Fax: (202) 887-0866   Email: margaret.lopez@odnss.com

**2nd Counsel:** Christopher E. Humber (U.S. Ct. App., D.C. Cir. No. 55103)

Direct Phone: (202) 263-0260   Fax: (202) 887-0866   Email: christopher.humber@odnss.com

**3rd Counsel:**

Direct Phone: (   )    -     Fax: (   )    -     Email:

**Firm Name:** Ogletree, Deakins, Nash, Smoak & Stewart P.C.

**Firm Address:** 1909 K Street, N.W., Suite 1000, Washington, D.C. 20006

**Firm Phone:** (202) 887-0855   Fax: (202) 887-0866   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)