# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-7156                                                    September Term, 2013

1:13-cv-00175-JEB

Filed On: April 23, 2014

Randy Brown,

    Appellant

    v.

Whole Foods Market Group, Inc.,

    Appellee

**BEFORE:**  Griffith, Kavanaugh, and Millett, Circuit Judges

## O R D E R

Upon consideration of "appellant's response to appellee's motion to dismiss and memorandum concerning judicial error," which is construed as a motion for summary reversal, the supplement to the motion for summary reversal, and the opposition thereto; the motion for summary affirmance and the opposition thereto; and the motion for additional time to receive documents from the Office of Human Rights, it is

**ORDERED** that the motion for additional time to received documents from the Office of Human Rights be denied. It is

**FURTHER ORDERED** that the motions for summary disposition be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). It is

**FURTHER ORDERED**, on the court's own motion, that

Anthony F. Shelley
Miller & Chevalier
655 Fifteenth Street, NW
Suite 900
Washington, DC 20005-5701

## United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 13-7156**                                                **September Term, 2013**

a member of the Bar of this court, be appointed as amicus curiae to present arguments in favor of appellant's position.

      Appellant must file a brief or file a notice stating that he is joining in the brief of amicus curiae. Failure of appellant to comply with this order will result in dismissal of the appeal for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

      Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**<u>Per Curiam</u>**