# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 13-7156**  **September Term, 2013**

1:13-cv-00175-JEB

Filed On: May 12, 2014 [1492459]

Randy Brown,

    Appellant

    v.

Whole Foods Market Group, Inc.,

    Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Amicus Curiae Appointed for Appellant's Brief | July 8, 2014 |
| Appellant's Brief | July 8, 2014 |
| Appendix | July 8, 2014 |
| Appellee's Brief | August 7, 2014 |
| Amicus Curiae Appointed for Appellant's Reply Brief | August 21, 2014 |
| Appellant's Reply Brief | August 21, 2014 |

    All issues and arguments must be raised by appellant in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief. A brief or a notice stating that appellant is joining in the brief of amicus curiae must be filed by appellant. Failure by appellant to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

    To enhance the clarity of their briefs, the parties are cautioned to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Procedures 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-7156**　　　　　　　　　　　　　　　　**September Term, 2013**

 Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

 The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

             **FOR THE COURT:**
             Mark J. Langer, Clerk

       BY: /s/
          Michael C. McGrail
          Deputy Clerk